Clarissa A. Kang, No. 210660
Dylan D. Rudolph, No. 278707
Catherine L. Reagan, 327702
TRUCKER ✦ HUSS
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, CA  94111
Telephone:    (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:    ckang@truckerhuss.com
          drudolph@truckerhuss.com
          creagan@truckerhuss.com

Attorneys for Defendants
NVIDIA CORPORATION, THE BOARD OF
DIRECTORS OF NVIDIA CORPORATION,
THE 401(k) BENEFITS PLAN COMMITTEE
OF NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| CRISTINA TOBIAS, ANTHONY BRIGGS, ANN MACDONALD and DAVID CALDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NVIDIA CORPORATION, THE BOARD OF DIRECTORS OF NVIDIA CORPORATION, THE 401(K) BENEFITS PLAN COMMITTEE OF NVIDIA CORPORATION, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 5:20-cv-06081-LHK<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER GRANTING STIPULATION**<br><br>**[N.D. Local Rule 6-1(b), 6-2]**<br><br>Judge:  Hon. Lucy H. Koh |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;
Case No: 5:20-cv-06081-LHK
6797629

Pursuant to Local Rule 6-1(b) and 6-2, Plaintiffs Cristina Tobias, Anthony Briggs, Ann MacDonald, and David Calder (collectively, "Plaintiffs") and Defendants NVIDIA Corporation, the Board of Directors of NVIDIA Corporation, and the 401(k) Benefits Plan Committee of NVIDIA Corporation (collectively, "Defendants") (Plaintiffs and Defendants are collectively referred to as the "Parties") stipulate as follows:

WHEREAS, on November 18, 2020, the Parties stipulated to continue the Initial Case Management Conference ("CMC") (Dkt. 20), and pursuant to that stipulation the Court continued the CMC to April 7, 2021 (Dkt. 22);

WHEREAS, on December 18, 2020, Defendants filed their Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. 24);

WHEREAS, on March 12, 2021, the Parties stipulated to further continue the CMC in light of the hearing date of Defendants' Motion to Dismiss (Dkt. 30), and pursuant to that stipulation the Court continued the CMC to July 21, 2021 (Dkt. 31);

WHEREAS, on June 14, 2021, the Clerk issued notice that the hearing on Defendants' Motion to Dismiss was vacated (Dkt. 37);

WHEREAS, on July 15, 2021, the Clerk issued notice that the CMC would be continued to September 22, 2021 (Dkt. 40);

WHEREAS, on September 13, 2021, the Court issued its order granting Defendants' Motion to Dismiss with leave to amend (Dkt. 44);

WHEREAS, Plaintiffs have informed Defendants that they anticipate filing an Amended Complaint;

WHEREAS, the Parties have met and conferred and agree that it would promote efficiency and judicial economy to continue the CMC, and all associated deadlines, to a date after Plaintiffs file their anticipated Amended Complaint and Defendants file their response to Plaintiffs' anticipated Amended Complaint;

WHEREAS, this is the Parties' third request to continue the CMC in this matter;

WHEREAS, the Parties' request to continue the CMC in this Stipulation will not impact any other dates set by the Court in this matter;

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

- 1 -

THEREFORE, the Parties stipulate and respectfully request that:

1.     The Court continue the CMC to a date after Plaintiffs file their anticipated Amended Complaint and Defendants file their response to Plaintiffs' anticipated Amended Complaint, and that all deadlines associated with the CMC be continued relative to the new CMC date.

DATED: September 15, 2021                    CAPOZZI ADLER, P.C.


By: /s/ *Mark K. Gyandoh*
    Mark K. Gyandoh (*admitted pro hac vice*)
    Donald R. Reavey (*admitted pro hac vice*)

    ROSMAN & GERMAIN, LLP
    Daniel L. Germain

    Attorneys for Plaintiffs and the Putative Class

DATED: September 15, 2021                    TRUCKER ✦ HUSS, APC


By: /s/ *Clarissa A. Kang*
    Clarissa A. Kang
    Dylan D. Rudolph
    Catherine L. Reagan
    Attorneys for Defendants
    NVIDIA CORPORATION, THE BOARD OF
    DIRECTORS OF NVIDIA CORPORATION,
    THE 401(k) BENEFIT PLAN COMMITTEE OF
    NVIDIA CORPORATION

I attest that my firm has obtained concurrence in the filing of this document from Mark K. Gyandoh.

DATED: September 15, 2021                    TRUCKER ✦ HUSS, APC


By: /s/ *Clarissa A. Kang*
    Clarissa A. Kang
    Dylan D. Rudolph
    Catherine L. Reagan
    Attorneys for Defendants
    NVIDIA CORPORATION, THE BOARD OF
    DIRECTORS OF NVIDIA CORPORATION,
    THE 401(k) BENEFIT PLAN COMMITTEE OF
    NVIDIA CORPORATION

- 2 -

Trucker ✦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation to Continue the Initial Case Management Conference, and for good cause shown, the Court continues the Initial Case Management Conference in this matter to a date after Plaintiffs' file their anticipated Amended Complaint and Defendants file their response to Plaintiffs' anticipated Amended Complaint or, alternatively, to a later date that is convenient for the Court on: _____.

In addition, all deadlines associated with the Initial Case Management Conference will be continued accordingly, relative to the new date of the Initial Case Management Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
Judge Lucy H. Koh
United States District Judge

[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE;
Case No: 5:20-cv-06081-LHK

Trucker ♦ Huss
A Professional Corporation
One Embarcadero Center, 12th Floor
San Francisco, California 94111