UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA TOBIAS, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>NVIDIA CORPORATION, et al.,<br><br>        Defendants. | Case No. 20-cv-06081-JST<br><br>**ORDER RE-OPENING CASE** |

The Clerk is directed to re-open this case.

**IT IS SO ORDERED.**

Dated: January 18, 2022



JON S. TIGAR
United States District Judge