United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA TOBIAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NVIDIA CORPORATION, et al.,<br><br>    Defendants. | Case No. 20-cv-06081-JST<br><br>**ORDER TERMINATING MOTION TO DISMISS; REQUIRING NEW BRIEFING SCHEDULE; AND VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 52 |

Defendants have filed a motion to dismiss Plaintiffs' first amended complaint. ECF No. 52. While that motion was pending, the Supreme Court decided *Hughes v. Northwestern University*, 142 S. Ct. 737 (2022). Defendants contend that *Hughes* "simply reaffirmed the Supreme Court's prior holdings," while Plaintiffs contend that *Hughes* "is of decisive importance." ECF No. 65 at 7-8. Given the intervening *Hughes* decision, the Court now terminates the pending motion to dismiss and will require the parties to submit revised briefs.

The parties shall meet and confer on a new briefing schedule in light of *Hughes* and submit either a stipulated schedule with a proposed order, or competing proposed schedules with proposed orders, within seven days of the date of this order. If the parties cannot agree, the Court will endeavor to choose one or the other proposed schedule in its entirety.

The March 1, 2022 case management conference is vacated.

**IT IS SO ORDERED.**

Dated: February 28, 2022

_____
JON S. TIGAR
United States District Judge