Clarissa A. Kang, No. 210660
Catherine L. Reagan, 327702
TRUCKER ✦ HUSS
A Professional Corporation
135 Main Street, 9th Floor
San Francisco, CA 94105
Telephone:   (415) 788-3111
Facsimile:    (415) 421-2017
E-mail:        ckang@truckerhuss.com
                   creagan@truckerhuss.com

Attorneys for Defendants
NVIDIA CORPORATION, THE BOARD OF
DIRECTORS OF NVIDIA CORPORATION,
THE NVIDIA CORPORATION 401(k) PLAN
BENEFITS COMMITTEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| CRISTINA TOBIAS, ANTHONY BRIGGS, ANN MACDONALD and DAVID CALDER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NVIDIA CORPORATION, THE BOARD OF DIRECTORS OF NVIDIA CORPORATION, THE NVIDIA CORPORATION 401(K) PLAN BENEFITS COMMITTEE, and JOHN DOES 1-30,<br><br>Defendants. | Case No. 4:20-cv-06081-JST<br><br>**NOTICE OF DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF A CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF FORM AND MANNER OF CLASS NOTICE, AND SCHEDULING A FINAL APPROVAL HEARING**<br><br>Date:       January 16, 2025<br>Time:       2:00 p.m.<br>Location:  Oakland Courthouse<br>                 Courtroom 6, 2nd Floor<br>                 1301 Clay Street<br>                 Oakland, CA 94612<br>Judge:      Hon. Jon Tigar |

Defendants NVIDIA CORPORATION, THE BOARD OF DIRECTORS OF NVIDIA CORPORATION, and THE NVIDIA CORPORATION 401(K) PLAN BENEFITS COMMITTEE ("Defendants") do not oppose Plaintiff's Unopposed Motion for Preliminarily Approval of Class Action Settlement, Preliminary Certification of a Class for Settlement Purposes, Approval of Form and Manner of Class Notice, and Scheduling a Final Approval Hearing (Dkt. Nos. 127, 131).

DATED: December 19, 2024

TRUCKER ✦ HUSS, APC

By: /s/ *Clarissa A. Kang*
Clarissa A. Kang
Catherine L. Reagan
Attorneys for Defendants NVIDIA CORPORATION, THE BOARD OF DIRECTORS OF NVIDIA CORPORATION, THE NVIDIA CORPORATION 401(k) PLAN BENEFITS COMMITTEE

- 1 -

NOTICE OF DEFENDANTS' NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; Case No: 4:20-cv-06081-JST
7416076