**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTINA TOBIAS, ANTHONY BRIGGS, ANN MACDONALD and DAVID CALDER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>NVIDIA CORPORATION, THE BOARD OF DIRECTORS OF NVIDIA CORPORATION, THE NVIDIA CORPORATION 401(K) PLAN BENEFITS COMMITTEE, and JOHN DOES 1-30,<br><br>      Defendants. | Case No. 4:20-cv-06081-JST<br><br>[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES AND PLAINTIFFS' CASE CONTRIBUTION AWARDS **AS MODIFIED**; ORDER REQUIRING POST-DISTRIBUTION ACCOUNTING AND SETTING FURTHER CASE MANAGEMENT CONFERENCE<br><br>Re: ECF No. 141 |

This matter having come before the Court on **December 18, 2025**, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Plaintiffs; having considered all papers filed and proceedings conducted herein; having found the settlement for this Action to be fair, reasonable, and adequate; and otherwise being fully informed in the premises and good cause appearing therefor:

  **IT IS HEREBY ORDERED AND ADJUDGED:**

  1. All of the capitalized terms used herein shall have the same meanings as set forth in the Class Action Settlement Agreement ("Settlement Agreement") executed on September 26, 2024, and filed with the Court on February 17, 2025. (ECF No. 137-1).

  2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

  3. Plaintiffs' Class Counsel are hereby awarded attorneys' fees of **$833,333.33** and reimbursement of expenses in the sum of **$24,262.39** (the "Attorneys' Fees and Expenses"), to be paid from the Gross Settlement Amount.  The Court finds that the amount of expenses awarded is appropriate and that the amount of fees awarded is fair and reasonable given the

substantial risks of non-recovery, the time and effort involved, and the result obtained for the Settlement Class.  The reasonableness of the fee award is confirmed in part by a lodestar cross-check, which results in a reasonable multiplier of 1.32.

4.      Plaintiffs Cristina Tobias, Anthony Briggs, Ann MacDonald, and David Calder are awarded **$5,000** each as a Case Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions to this Action.

5.      Class Counsel shall file a post-distribution accounting within 21 days after all funds have been paid under the settlement agreement and any checks that were issued have become stale.  In addition to the information contained in the Northern District of California's Procedural Guidance for Class Action Settlements, available at https://cand.uscourts.gov/rules-forms-fees/northern-district-guidelines/procedural-guidance-class-action-settlements, the post-distribution accounting shall discuss any significant or recurring concerns communicated by class members to the settlement administrator or counsel since final approval, any other issues in settlement administration since final approval, and how any concerns or issues were resolved.

6.      The Court will withhold 10% of the attorney's fees granted in this order until the post-distribution accounting has been filed.  Class Counsel shall file a proposed order releasing the remainder of the fees when they file their post-distribution accounting.

7.      This matter is set for a further case management conference on June 16, 2026, with a case management statement due on June 9, 2026.  The parties may request that the case management conference be continued if additional time is needed to complete the distribution. The conference will be vacated if the post-distribution accounting has been filed and the Court has released the remaining attorney's fees.

SO ORDERED this 18th day of December, 2025.

Hon. Jon Tigar
United States District Judge

2