**ROSMAN & GERMAIN APC**
Daniel L. Germain (Bar No. 143334)
5959 Topanga Canyon Boulevard
Suite 360
Woodland Hills, CA  91367-7503
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: Germain@Lalawyer.com

Counsel for Plaintiffs and the Class

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTINA TOBIAS, ANTHONY BRIGGS, ANN MACDONALD and DAVID CALDER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NVIDIA CORPORATION, THE BOARD OF DIRECTORS OF NVIDIA CORPORATION, THE NVIDIA CORPORATION 401(K) PLAN BENEFITS COMMITTEE, and JOHN DOES 1-30,<br><br>                    Defendants. | Case No. 4:20-cv-06081-JST<br><br>**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE UNTIL NOVEMBER 17, 2026 AT 2:00 PM.**<br><br>Judge:          Hon. Jon Tigar |

### JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

1. This Court held a Final Approval Hearing on December 18, 2025.

2. On December 19, 2025, the Court issued an order granting final approval of the class settlement (ECF 148) and an Order awarding fees and setting a further case management conference for June 16, 2026 with a case management statement due on June 9, 2026 (ECF 147) ("Fee Order").

3. In the Fee Order, the Court noted that "The parties may request that the case management conference be continued if additional time is needed to complete the distribution."

4. As of this time, additional time is needed to complete distribution.

5. Under the Settlement Agreement at paragraph 3.2(c), former participants have 90 days to cash checks.  The Settlement Administrator ("Analytics") issued settlement checks on May 6, 2026.  Under paragraph 3.4 of the Settlement Agreement, as amended, a potential second distribution to current Plan participants may occur 30 days after the deadline for cashing checks.  Analytics will thus need at least 120 days from May 6, 2026 to get through a potential second distribution.

6. Accordingly, the Parties seek continuance of the case management conference until Tuesday, November 17, 2026 at 2:00 pm with the case management statement due November 10, 2026.

Dated:  June 5, 2026                              Respectfully submitted,

**CAPOZZI ADLER, P.C.**
*/s/ Mark K. Gyandoh*                         */s/ Clarissa A. Kang*
Mark K. Gyandoh                              Clarissa A. Kang
(*Admitted Pro Hac Vice*)                    Catherine L. Reagan
James A. Wells                               135 Main Street, 9th Floor
(*Admitted Pro Hac Vice*)                    San Francisco, CA  94105
312 Old Lancaster Road                       Telephone:  (415) 788-3111
Merion Station, PA 19066                     Email:  ckang@truckerhuss.com
Email: markg@capozziadler.com                        creagan@truckerhuss.com
        jayw@capozziadler.com
                                             *Attorneys for Defendants*

Tel: (610) 890-0200

**ROSMAN & GERMAIN APC**
Daniel L. Germain (State Bar No. 143334)
5959 Topanga Canyon Boulevard
Suite 360
Woodland Hills, CA  91367-7503
Email: germain@lalawyer.com
Tel: (818) 788-0877

**MUHIC LAW LLC**
Peter A. Muhic
(*Admitted Pro Hac Vice*)
923 Haddonfield Road,
Suite 300 Cherry Hill, NJ 08002
Email: peter@muhiclaw.com
Tel: (856) 324-8252

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2026, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

By: */s/Mark K. Gyandoh*
Mark K. Gyandoh, Esq.